United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW LEVINE,
Plaintiff,

v.

RL INVESTOR HOLDINGS LLC,
Defendant.

Case No. 26-cv-05653-AMO

**ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT**

Re: Dkt. No. 18

On June 11, 2026, Defendant removed this action to the from state court based on federal question jurisdiction. Dkt. No. 1. On September 21, 2026, the Court ordered Defendant to show cause why this case should not be remanded for lack of subject matter jurisdiction. *See* Dkt. No. 17. The Court questioned whether Plaintiff's operative complaint established a concrete injury sufficient to establish Article III standing. *Id.* On October 9, 2026, Defendant responded to the Court's order to show cause, stating in relevant part, "Defendant maintains that the decisions cited by this Honorable Court in its Order to Show Cause are well reasoned and require that this case be remanded for lack of standing." Dkt. No. 18 at 3. In light of this concession, the Court **REMANDS** the case to the California Superior Court for the County of Lake. 28 U.S.C. § 1447 ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."). The Clerk of Court shall transmit the case and close the file.

**IT IS SO ORDERED.**

Dated: October 9, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**